**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**FILED**

APR 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JERRY LEE KING, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> R. VILLEGAS; P. CRUZ; J. CURRY, <br><br> Defendants - Appellees. | No. 23-1713 <br><br> D.C. No. <br> 1:17-cv-00676-JLT-EPG <br> Eastern District of California, <br> Fresno <br><br> **ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3. The three-judge panel opinion is vacated.